# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>    Plaintiff,<br><br>  vs.<br><br>HERNANDES, et al.,<br><br>    Defendants. | 1:12cv01957 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF FIRST AMENDED COMPLAINT<br>(Document 27)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF COPY OF FIRST AMENDED COMPLAINT<br><br>ORDER GRANTING EXTENTION OF TIME |

      Plaintiff Roberto Herrera ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action.  Pursuant to Court order, Plaintiff filed his First Amended Complaint ("FAC") on June 10, 2013.

      On November 1, 2013, the Court screened Plaintiff's FAC and dismissed it with leave to amend.  The Court ordered Plaintiff to file an amended complaint within thirty (30) days of the date of service of the order.

      On November 21, 2013, Plaintiff filed a request for the Clerk of Court to send him a copy of his FAC so that he could try and amend.  He states that he does not have a copy of the FAC.

1

The Court does not generally provide free copies to litigants.  However, in the interests of justice, and because the FAC is only four pages long and may permit Plaintiff to file an amended complaint, Plaintiff's request is GRANTED.

The Clerk of Court is therefore ORDERED to send Plaintiff a copy of his FAC, filed on June 10, 2013.

The Court also EXTENDS the time for Plaintiff to file his amended complaint. Plaintiff's amended complaint SHALL be filed within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 22, 2013**                    /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE